# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY YONCE,**

               **Plaintiff,**

**-vs-**                                             **Case No. 6:05-cv-1416-Orl-KRS**

**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,**

               **Defendant.**

_____

## ORDER TO SHOW CAUSE

This cause came on for consideration by the Court *sua sponte*. The deadline for Plaintiff Mary Yonce to file a memorandum of law in support of her position was May 5, 2006. *See* Doc. Nos. 10, 14. As of the writing of this order, Yonce had not filed a memorandum of law in support of her position.

Hence, it is **ORDERED** that Yonce shall show cause in writing on or before May 24, 2006, as to why this matter should not be dismissed for failure to prosecute pursuant to Middle District of Florida Local Rule 3.10. Yonce's response shall be accompanied by the memorandum of law she is required to file in this matter. *See* Doc. No. 10. Failure to respond and file a memorandum of law as required by this Order will result in dismissal of this case without further notice.

It is further **ORDERED** that counsel for Yonce shall forthwith personally notify Yonce of the contents of this Order to Show Cause.

**DONE** and **ORDERED** in Orlando, Florida this 17th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties