**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY YONCE,**

            **Plaintiff,**

**-vs-**                                                      **Case No. 6:05-cv-1416-Orl-KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION,**

            **Defendant.**

_____

## ORDER OF DISMISSAL

This cause came on for consideration by the Court *sua sponte*. On September 26, 2005, Plaintiff Mary Yonce filed a Complaint seeking review of the final decision of the Commissioner of Social Security denying her claim for social security disability benefits. Doc. No. 1. On February 22, 2006, I entered a Scheduling Order in this matter. Doc. No. 10. Pursuant to the Scheduling Order, the deadline for Yonce to file a memorandum of law in support of her position was April 21, 2006. *Id*. Thereafter, I extended the deadline for Yonce to file her memorandum of law to May 5, 2006. Doc. No. 14. Yonce failed to file a memorandum of law in support of her position by this deadline.

Accordingly, I ordered Yonce to show cause in writing on or before May 24, 2006, as to why this matter should not be dismissed for failure to prosecute. I further ordered Yonce to submit her memorandum of law along with her response to the Order to Show Cause and I specifically warned Yonce that "[f]ailure to respond and file a memorandum of law as required by this Order w[ould] result in dismissal of this case without further notice." Doc. No. 15 at 1. As of the writing of this Order, Yonce had not responded to the Order to Show Cause and the time for doing so has passed.

Therefore, it is **ORDERED** that this case is hereby **DISMISSED** without prejudice for failure to prosecute. It is further **ORDERED** that counsel for Yonce shall forthwith personally notify Yonce of the contents of this Order of Dismissal.

**DONE** and **ORDERED** in Orlando, Florida this 25th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties